**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | | |
|---|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | ) | |
| | ) | HON. JOSE L. LINARES, U.S.D.J. |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:18-cv-11273 (JLL-JAD) |
| vs. | ) | |
| | ) | **DEFENDANT THE HARTZ** |
| 21ST CENTURY FOX AMERICA, INC. et al., | ) | **MOUNTAIN CORPORATION'S** |
| | ) | **CORPORATE-DISCLOSURE** |
| Defendants. | ) | **STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for defendant The Hartz Mountain Corporation states that it is a privately held corporation organized and existing under the laws of the State of New Jersey. Unicharm Corporation, a publicly held Japanese corporation, and Sumitomo Corporation, a publicly held Japanese corporation, each own more than ten percent (10%) of the stock of The Hartz Mountain Corporation.

Dated: September 11, 2018                     Respectfully submitted,

*/s/ Curtis L. Michael*
Horowitz Rubino & Patton
400 Plaza Drive, PO Box 2038
Secaucus, New Jersey 07096-2038
201-863-7988
201-272-6136 (fax)
Curt.michael@hrplaw.com

*Counsel for Defendant The Hartz Mountain*
*Corporation*

1