RICHARD L. ZUCKER, ESQ.
BRUCE H. SNYDER, ESQ.
Lasser Hochman, LLC
75 Eisenhower Parkway
Roseland, New Jersey 07068
973-226-2700
rzucker@lasserhochman.com
bsnyder@lasserhochman.com
Attorneys for Defendant
Eden Wood Corporation

RYAN RUSSELL KEMPER, ESQ.
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6000
rkemper@thompsoncoburn.com
Attorneys for Defendant
Eden Wood Corporation
*Pro Hac Vice* Application Pending

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK VINCINAGE**

---

OCCIDENTAL CHEMICAL CORPORATION,

Plaintiff,

vs.

21ST CENTURY FOX AMERICA INC., *et al.*,

Defendants.

No.  2:18-cv-11273 (JLL-JAD)

---

**EDEN WOOD CORPORATION'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Eden Wood Corporation ("Eden Wood"), a Delaware corporation, states that it is a wholly-owned subsidiary of Neu Holdings

1

U.S. Corporation ("Neu Holdings"), also a Delaware corporation.  Neu Holdings is privately held and no publicly held corporation owns 10% or more of Neu Holdings stock.

DATED:  September  12, 2018

<div style="margin-left:40%">

LASSER HOCHMAN, LLC
Attorneys for Defendant
Eden Wood Corporation

By:  s/ Richard L. Zucker
RICHARD L. ZUCKER, ESQ.

THOMPSON COBURN LLP
Attorneys for Defendant
Eden Wood Corporation

By:  s/ Ryan Russell Kemper
RYAN RUSSELL KEMPER, ESQ.
*Pro Hac Vice* Application Pending

</div>

## CERTIFICATION OF SERVICE

I hereby certify that on September 12, 2018, the undersigned caused a copy of the foregoing to be served via the Court's CM/ECF system on all counsel of record in the above-captioned case.

DATED:  September 12, 2018

s/  Richard L. Zucker
RICHARD L. ZUCKER, ESQ.