ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ 08033
Tel: (856) 795-2121
By:     John J. McDermott, Esq.
        (jmcdermott@archerlaw.com)
        William J. Stack, Esq.
        Kerri E. Chewning, Esq.

GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
Tel: (713) 650-8805
By:     Kathy D. Patrick, Esq.
        (kpatrick@gibbsbruns.com)
        Anthony N. Kaim, Esq.
        Jorge M. Gutierrez, Esq.

LANGSAM STEVENS SILVER & HOLLAENDER, LLP
1818 Market Street, Suite 2610
Philadelphia, PA 19103
Tel: (215) 732-3255
By:     Larry D. Silver, Esq.
        (lsilver@lssh-law.com)
        David E. Romine, Esq.
        Jennifer Graham Meyer, Esq.
        Erin M. Carter, Esq.

*Attorneys for Plaintiff*
*Occidental Chemical Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION ) | |
| ) | Civil Action No. 2:18-cv-11273-JLL-JAD |
| ) | |
| Plaintiff, ) | Electronically Filed |
| ) | |
| v. ) | **NOTICE OF VOLUNTARY** |
| ) | **DISMISSAL WITHOUT PREJUDICE** |
| 21ST CENTURY FOX AMERICA, INC., *et al.* ) | **OF RECKITT BENSICKER LLC** |
| ) | **PURSUANT TO RULE 41(a)(1)(A)(i)** |
| Defendants. ) | |
| ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Occidental Chemical Corporation hereby gives notice that its claims against Reckitt Bensicker LLC in the above-captioned action are voluntarily dismissed, without prejudice. For the avoidance of doubt, this voluntary dismissal is as to Reckitt Bensicker LLC only.

Dated: October 15, 2018

ARCHER & GREINER, P.C.

By: ___s/ John J. McDermott___
John J. McDermott, Esq.
(jmcdermott@archerlaw.com)
William J. Stack, Esq.
Kerri E. Chewning, Esq.
One Centennial Square
Haddonfield, NJ 08033
Tel: (856) 795-2121
Fax: (856) 795-0574

GIBBS & BRUNS, LLP
Kathy D. Patrick, Esq.
(kpatrick@gibbsbruns.com)
Anthony N. Kaim, Esq.
Jorge M. Gutierrez, Esq.
1100 Louisiana, Suite 5300
Houston, TX 77002
Tel: (713) 650-8805
Fax: (713) 750-0903

LANGSAM STEVENS SILVER &
HOLLAENDER, LLP
Larry D. Silver, Esq.
(lsilver@lssh-law.com)
David E. Romine, Esq.
Jennifer Graham Meyer, Esq.
Erin M. Carter, Esq.
1818 Market Street, Suite 2610
Philadelphia, PA 19103
Tel: (215) 732-3255
Fax: (215) 732-3260

*Attorneys for Plaintiff*
*Occidental Chemical Corporation*

SO ORDERED:_____

DATED:____10/16/2018____