ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ 08033
Tel: (856) 795-2121
By:   John J. McDermott, Esq.
(jmcdermott@archerlaw.com)
William J. Stack, Esq.
Charles J. Dennen, Esq.

GIBBS & BRUNS, LLP
1100 Louisiana, Suite 5300
Houston, TX 77002
Tel: (713) 650-8805
By:   Kathy D. Patrick, Esq.
(kpatrick@gibbsbruns.com)
Anthony N. Kaim, Esq.
Jorge M. Gutierrez, Esq.

LANGSAM STEVENS SILVER & HOLLAENDER, LLP
1818 Market Street, Suite 2610
Philadelphia, PA 19103
Tel: (215) 732-3255
By:   Larry D. Silver, Esq.
(lsilver@lssh-law.com)
David E. Romine, Esq.
Jennifer Graham Meyer, Esq.
Erin M. Carter, Esq.

*Attorneys for Plaintiff*
*Occidental Chemical Corporation*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## NEWARK VICINAGE

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION  ) | Civil Action No. 2:18-cv-11273-MCA-JAD |
| ) | |
| Plaintiff,  ) | Electronically Filed |
| ) | |
| v.  ) | **NOTICE OF VOLUNTARY** |
| ) | **DISMISSAL WITHOUT PREJUDICE** |
| 21ST CENTURY FOX AMERICA, INC., *et al.*  ) | **OF STALEY HOLDINGS LLC AND** |
| ) | **A.E. STALEY MANUFACTURING** |
| Defendants.  ) | **COMPANY PURSUANT TO RULE** |
| ) | **41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Occidental Chemical

Corporation hereby gives notice that its claims against Staley Holdings LLC and A.E. Staley

Manufacturing Company in the above-captioned action are voluntarily dismissed, without

prejudice. For the avoidance of doubt, this voluntary dismissal is as to Staley Holdings LLC and

A.E. Staley Manufacturing Company only.

Dated: March 7, 2019

ARCHER & GREINER, P.C.

By: _____*s/ John J. McDermott*_____
John J. McDermott, Esq.
(jmcdermott@archerlaw.com)
William J. Stack, Esq.
Charles J. Dennen, Esq.
One Centennial Square
Haddonfield, NJ 08033
Tel: (856) 795-2121
Fax: (856) 795-0574

GIBBS & BRUNS, LLP
Kathy D. Patrick, Esq.
(kpatrick@gibbsbruns.com)
Anthony N. Kaim, Esq.
Jorge M. Gutierrez, Esq.
1100 Louisiana, Suite 5300
Houston, TX 77002
Tel: (713) 650-8805
Fax: (713) 750-0903

LANGSAM STEVENS SILVER &
HOLLAENDER, LLP
Larry D. Silver, Esq.
(lsilver@lssh-law.com)
David E. Romine, Esq.
Jennifer Graham Meyer, Esq.
Erin M. Carter, Esq.
1818 Market Street, Suite 2610
Philadelphia, PA 19103
Tel: (215) 732-3255
Fax: (215) 732-3260

*Attorneys for Plaintiff*
*Occidental Chemical Corporation*

SO ORDERED

3/4/19

Madeline Cox Arleo, U.S.D.J.