**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>21ST CENTURY FOX AMERICA; *et al.,*<br><br>Defendants. | Civil Action No. 2:18-CV-11273-JLL-JAD<br><br><br>**AMENDED CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HARRIS CORPORATION NOW KNOWN AS L3HARRIS TECHNOLOGIES, INC.**<br><br>**PURSUANT TO FED. R. CIV. P. 7.1** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Harris Corporation, now known as L3Harris Technologies, Inc., states:

a) Effective June 29, 2019, Harris Corporation's name changed to L3Harris Technologies, Inc.

b) L3Harris Technologies, Inc. has no parent corporation.

c) T. Rowe Price Associates, Inc. and The Vanguard Group each own more than 10% of the stock of L3Harris Technologies, Inc.

Dated:  July 29, 2019

By s/ Susanne Peticolas
Susanne Peticolas, Esq. (Bar No. 024121980)
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel:  (973) 596-4751
Fax:  (973) 639-6340
speticolas@gibbonslaw.com

*Attorney for Defendant*
*L3Harris Technologies, Inc.*

2739735.1 113683-98911