**UNITED STATE DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> 21st CENTURY FOX AMERICA, INC. *et al.,* <br><br> Defendants. | Case No. 2:18-cv-11273-JLL-JAD <br><br><br> **FIRST AMENDED CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT HOUGHTON INTERNATIONAL INC.** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Houghton International Inc. hereby certifies that, pursuant to a recently completed corporate transaction, Houghton International Inc. is now a wholly-owned subsidiary of MIH, LLC. MIH, LLC is a wholly-owned subsidiary of Quaker Chemical Corporation, a Pennsylvania corporation. Quaker Chemical Corporation is publicly-traded on the New York Stock Exchange (Symbol: KWR).

Dated: September 9, 2019

Respectfully submitted,

**McCARTER & ENGLISH, LLP**

/s/ *Amanda G. Dumville*
Amanda G. Dumville
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101
973-639-8498
adumville@mccarter.com

*Attorneys for Defendant,*
*Houghton International Inc.*

## UNITED STATE DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> 21st CENTURY FOX AMERICA, INC. *et al.,* <br><br> Defendants. | Case No. 2:18-cv-11273-JLL-JAD <br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on September 9, 2019, I electronically filed the attached Corporate Disclosure Statement for Houghton International Inc. pursuant to Federal Rules of Civil Procedure 7.1 by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.


Respectfully submitted,

**McCARTER & ENGLISH, LLP**

/s/ *Amanda G. Dumville*
Amanda G. Dumville
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07101
973-639-8498
adumville@mccarter.com

*Attorneys for Defendant,*
*Houghton International Inc.*

2