**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION   ) | Hon. Madeline Cox Arleo |
| ) | Hon. Joseph A. Dickson |
| ) | |
| Plaintiff,   ) | Civil Action No. 2:18-cv-11273-MCA- |
| ) | JAD |
| v.   ) | Electronically Filed |
| ) | |
| 21ST CENTURY FOX AMERICA, INC., *et al.*   ) | |
| ) | **STIPULATION OF PARTIAL** |
| Defendants.   ) | **DISMISSAL** |
| ) | |
| ) | |

The undersigned stipulate and consent that CHARGEURS WOOL (USA) INC. is hereby

dismissed without prejudice. For the avoidance of doubt, this dismissal is as to CHARGEURS

WOOL (USA) INC. only.

DATED: September 27, 2019

/s/ *John J. McDermott*
John J. McDermott, Esq.
ARCHER & GREINER, P.C.
One Centennial Square
Haddonfield, NJ 08033
Tel: (856) 795-2121
jmcdermott@archerlaw.com

GIBBS & BRUNS, LLP
Kathy D. Patrick, Esq.
Anthony N. Kaim, Esq.
1100 Louisiana Street, Suite 5300
Houston, TX 77002
Tel: (713) 650-8805
kpatrick@gibbsbruns.com
akaim@gibbsbruns.com

LANGSAM STEVENS SILVER &
HOLLAENDER LLP
Larry D. Silver, Esq.
1818 Market Street, Suite 2610
Philadelphia, PA 19103
Tel: (215) 732-3255
lsilver@lssh-law.com

/s/ *Steven M. Richman*
Steven M. Richman, Esq.
CLARK HILL
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Tel: (609) 785-2911
srichman@clarkhill.com
*Attorney for Defendants
Chargeurs Inc. & Chargeurs Wool
(USA) Inc.*

/s/ *David R. Erickson*
David R. Erickson, Esq.
SHOOK HARDY & BACON
2555 Grand Blvd.
Kansas City, MO 64108
Tel: (816) 559-2487
derickson@shb.com
*Liaison Counsel for
Small Parties Group Defendants*

GREENBERG CLUSKER FIELDS CLAMAN &
MACHTINGER LLP
Peter A. Nyquist, Esq.
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
Tel: (310)553-3610
Pnyquist@ggfirm.com

*Attorneys for Plaintiff*
*Occidental Chemical Corporation*

*/s/ Lee Henig-Elona*
Lee Henig-Elona, Esq.
GORDON REES LLP
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Tel: (973) 549-2520
lhenig-elona@grsm.com
*Liaison Counsel for*
*Gordon Rees Group Defendants*

*/s/ Diana L. Buongiorno*
Diana Lynn Buongiorno, Esq.
CHIESA SHAHINIAN &
GIANTOMASI PC
One Boland Drive
West Orange, NJ 07052
Tel: (973) 530-2075
dbuongiorno@csglaw.com
*Liaison Counsel for*
*CSG Group Defendants*

IT IS on this ___ day of _____, 2019, **SO ORDERED**.

_____
Hon. Madeline Cox Arleo, U.S.D.J.