Andrew Muscato (NJ Bar ID #018661978)
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
(A Delaware Limited Liability Partnership)
One Manhattan West
New York, New York 10001
(212) 735-3000 (telephone)
(212) 735-2000 (fax)
Email: andrew.muscato@skadden.com

*Attorneys for Defendant*
*TFCF America, Inc., formerly known as*
*21st Century Fox America, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> 21ST CENTURY FOX AMERICA, INC., *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 2:18-CV-11273 (MCA-JAD)

**NOTICE OF CHANGE OF NAME OF DEFENDANT 21ST CENTURY FOX AMERICA, INC.**

**TO:    THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**

PLEASE TAKE NOTICE that Defendant 21st Century Fox America, Inc. has changed its corporate name to TFCF America, Inc.  The name change was made pursuant to a resolution of the Defendant's Board of Directors, and was filed with the Delaware Secretary of State on March 16, 2020.

Dated:  May 7, 2020

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  s/Andrew Muscato
        Andrew Muscato

*Attorneys for Defendant*
*TFCF America, Inc., formerly known as*
*21st Century Fox America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2020, I caused copies of the foregoing to be served through the Court's ECF System upon all counsel of record.


Dated:  May 7, 2020                    s/Andrew Muscato
                                       Andrew Muscato

                            .