**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**NEWARK VICINAGE**

| | | |
|---|---|---|
| OCCIDENTAL CHEMICAL CORPORATION | ) | Hon. Madeline Cox Arleo |
| | ) | Hon. Joseph A. Dickson |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:18-cv-11273-MCA-JAD |
| | ) | Electronically Filed |
| v. | ) | |
| | ) | |
| 21ST CENTURY FOX AMERICA, INC., *et al.* | ) | **STIPULATION OF DISMISSAL OF** |
| | ) | **DEFENDANT AVENTISUB LLC** |
| Defendants. | ) | |
| | ) | |
| | ) | |

The undersigned stipulate and consent to the dismissal without prejudice of

AVENTISUB LLC.  All claims and counterclaims asserted by Plaintiff Occidental Chemical

Corporation against AVENTISUB LLC, and all claims and counterclaims asserted by

AVENTISUB LLC against Plaintiff Occidental Chemical Corporation, are hereby DISMISSED

without prejudice.  For the avoidance of doubt, this dismissal is as to AVENTISUB LLC only.

DATED:  September 16, 2020

| | |
|---|---|
| */s/ John J. McDermott* | */s/ William T. Walsh, Jr.* |
| John J. McDermott, Esq. | William T. Walsh, Jr., Esq. |
| ARCHER & GREINER, P.C. | WALSH PIZZI O'REILLY FALANGA |
| One Centennial Square | Three Gateway Center, 15th Floor |
| Haddonfield, NJ 08033 | Newark, NJ 07102 |
| Tel: (856) 795-2121 | Tel: (973) 757-1100 |
| jmcdermott@archerlaw.com | wwalsh@walshlaw.com |
| | |
| GIBBS & BRUNS, LLP | FROST BROWN TODD LLC |
| Kathy D. Patrick, Esq. | Aaron T. Brogdon, Esq. |
| Anthony N. Kaim, Esq. | One Columbus Center |
| Jorge M. Gutierrez, Esq. | 10 West Broad Street, Suite 2300 |
| 1100 Louisiana Street, Suite 5300 | Columbus, OH 43215-3484 |
| Houston, TX 77002 | Tel: (614) 559-7262 |
| Tel: (713) 650-8805 | abrogdon@fbtlaw.com |
| kpatrick@gibbsbruns.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Aventisub LLC* |
| *Occidental Chemical Corporation* | |

_/s/Joseph H. Blum_____
Joseph H. Blum, Esq.
SHOOK, HARDY & BACON L.L.P.
Two Commerce Square
2001 Market Street, Suite 3000
Philadelphia, PA 19103
Tel: (215) 575-3115
jblum@shb.com

Jeffrey D. Talbert, Esq.
PRETI FLAHERTY LLP
One City Center
Portland, ME 04112
Tel: (207) 791-3239
jtalbert@preti.com
_Liaison Counsel for_
_Small Parties Group Defendants_

/s/Lee Henig-Elona_____
Lee Henig-Elona, Esq.
GORDON REES LLP
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
Tel: (973) 549-2520
lhenig-elona@grsm.com
_Liaison Counsel for_
_Gordon Rees Group Defendants_

/s/ Diana Lynn Buongiorno___
Diana Lynn Buongiorno, Esq.
CHIESA SHAHINIAN &
GIANTOMASI PC
One Boland Drive
West Orange, NJ 07052
Tel: (973) 530-2075
dbuongiorno@csglaw.com
_Liaison Counsel for_
_CSG Group Defendants_

/s/Steven M. Richman_____
Steven M. Richman, Esq.
CLARK HILL PLC
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Tel: (609) 785-2911
srichman@clarkhill.com
_Counsel for Defendant Chargeurs, Inc._

**IT IS** on this ___ day of _____, 2020, **SO ORDERED**.

_____
Hon. Madeline Cox Arleo, U.S.D.J.