LEE HENIG-ELONA
DIRECT DIAL:  (973) 549-2520
LHENIG-ELONA@GRSM.COM

*Admitted In:  NY and NJ*

**GORDON&REES**
**SCULLY MANSUKHANI**

ATTORNEYS AT LAW
ONE BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY  10004

18 COLUMBIA TURNPIKE, SUITE 220
FLORHAM PARK, NJ 07932
WWW.GORDONREES.COM

**To:  Service List of Potential Creditors Attached**

March 16, 2021

**Re:    Notice of Dissolution of Pfister Chemical Inc. and its wholly-owned subsidiaries, Alliance Chemical Inc. and Pfister Urban Renewal Corporation**

Dear Sir or Madam:

Please be on notice that the Board of Directors and Shareholders of Pfister Chemical Inc., a Maryland corporation, on behalf of itself and its wholly owned subsidiaries,  Alliance Chemical, Inc. and  Pfister Urban Renewal Corporation have elected to dissolve.  Articles of Dissolution have been filed with the Secretary of State of Maryland.

Any notices to the Company can be made to the Company's Registered Agent at:

The Corporation Trust Inc.
2405 York Road ~ Suite 201
Lutherville Timonium, MD  21093-2264

Kindly let me know if you have any questions.

Very truly yours,

*Lee Henig-Elona*

Lee Henig-Elona

Notice of Dissolution
Page 2


**Service List:**

Mr. Anthony A. Peterpaul
Port Holdings LLC
572 Market Street
Newark, NJ  07105

State of New Jersey
Department of Environmental Protection
401 E. State Street
P.O. Box 420
Trenton, NJ  08625-0420

United States Environmental Protection Agency – Region 2
290 Broadway
New York, NY  10007

Cooperating Parties Group
William H. Hyatt, Jr.
K&L Gates LLP
One Newark Center
Newark, NJ 07102

Stalwart Ridgefield LLC
1649 49th Street ~ 1st Floor
Brooklyn, NY  11204

All Attorneys of Record in Occidental Chemical Corp. Litigation
District of New Jersey Docket No. 2:18-cv-11273
(*via* Court's electronic platform)