**THOMPSON COBURN** LLP

**LASSER HOCHMAN, L.L.C.**

ATTORNEYS AT LAW

September 14, 2021

United States Magistrate Judge Leda D. Wettre
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**RE: OCCIDENTAL CHEMICAL CORPORATION v. 21ST CENTURY FOX AMERICA, INC. et al., Case No. 2:18-cv-11273-MCA-LDW**

Dear Judge Wettre:

We represent Neu Holdings U.S. Corporation ("Neu Holdings"). Neu Holdings was added to this case with Occidental Chemical Corporation's ("OCC's") Amended and Third Party Complaint filed on June 29, 2021. Neu Holdings executed a waiver of service of the Amended and Third Party Complaint on July 24, 2021 and its answer is due on or before September 21, 2021 pursuant to Federal Rule of Civil Procedure 4(d)(3).

Neu Holdings has affiliated with the Gordon Rees Group ("GR Group") and its liaison counsel, Lee Henig-Elona. It has come to Neu Holdings' attention that several defendants have already filed-cross claims with their answers to OCC's Amended and Third Party Complaint. On September 1, 2021, Ms. Elona, on behalf of the members of the GR Group, filed a request for an extension of time to respond to the cross claims asserted by certain municipal defendants in ECF documents 1382, 1383, 1387, and 1395. (ECF. No. 1489). The Court granted this request the next day, September 2, 2021, via Clerk's Text Order. The due dates for the GR Group's response to the cross claims are set as follows:

| Cross Claim ECF No. | GR Group Due Date per 9/2/21 Clerk's Text Order |
|---|---|
| 1382 | 9/15/21 |
| 1383 | 9/16/21 |
| 1387 | 9/21/21 |
| 1395 | 9/21/21 |

Neu Holdings has not yet filed its answer to OCC's Amended and Third Party Complaint and was inadvertently included in the GR Group request for an extension included in ECF document 1489. Neu Holdings requests that the Clerk's Text Order of September 2, 2021 be clarified to remove Neu Holdings and thereby eliminate any confusion concerning Neu Holdings' time to respond to the cross claims presented in ECF Nos. 1382, 1383, 1387, and 1395. Further, Neu Holdings will respond to all cross claims within 21 days of filing its answer to OCC's Amended and Third Party Complaint pursuant to Federal Rule of Civil Procedure 12(a)(1)(b).

United States Magistrate Judge Leda D. Wettre
September 14, 2021
Page 2


We greatly appreciate your attention to this matter.

Sincerely,

Thompson Coburn LLP

By: _____

Ryan Russell Kemper
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO  63101
(314) 552-6321 (Phone)
(314) 552-7000 (Fax)

LASSER HOCHMAN, L.L.C.

By: _____

Bruce H. Snyder
Lasser Hochman, L.L.C.
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 226-2700 (Phone)
(973) 226-0844 (Fax)

cc:    All Counsel of Record Via ECF