**THOMPSON COBURN** LLP

**LASSER HOCHMAN, L.L.C.**
ATTORNEYS AT LAW

September 21, 2021

United States Magistrate Judge Leda D. Wettre
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**RE: OCCIDENTAL CHEMICAL CORPORATION v. 21ST CENTURY FOX AMERICA, INC. et al., Case No. 2:18-cv-11273-MCA-LDW**
**Request to Amend Pro Hac Vice Admission of Ryan Russell Kemper, on behalf of Neu Holdings U.S. Corporation**

Dear Judge Wettre:

We represent Neu Holdings U.S. Corporation ("Neu Holdings"). On June 29, 2021, Occidental Chemical Corporation ("OCC") filed its Amended and Third Party Complaint in the above-captioned matter (ECF No. 1247). The Amended and Third Party Complaint named Neu Holdings as a Defendant. Neu Holdings has not previously been named a Defendant in this proceeding and is a new party to this case.

The undersigned counsel, Ryan Russell Kemper, was previously granted pro hac vice admission in this case (ECF No. 293). However, that admission pertained specifically to Mr. Kemper's representation of Eden Wood Corporation, which as of the filing of OCC's Amended and Third Party Complaint is no longer a party in this case. Accordingly, we request that the Court deem Mr. Kemper's prior pro hac vice admission amended such that the admission applies to Mr. Kemper's representation of Neu Holdings.

We greatly appreciate your attention to this matter.

Sincerely,

Thompson Coburn LLP

By: _____
Ryan Russell Kemper
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
(314) 552-6321 (Phone)
(314) 552-7000 (Fax)

LASSER HOCHMAN, L.L.C.

By: _____
Richard L. Zucker
Lasser Hochman, L.L.C.
75 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 226-2700 (Phone)
(973) 226-0844 (Fax)

cc:    All Counsel of Record Via ECF