**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OCCIDENTAL CHEMICAL CORPORATION, | Civil Action No. 2:18-cv-11273 (MCA-LDW) |
| Plaintiff, | |
| -against- | Hon. Madeline Cox Arleo |
| 21ST CENTURY FOX AMERICA, INC., *et al*., | Hon. Leda Dunn Wettre |
| Defendants and and Third-Party Plaintiffs, | |
| -against- | |
| PASSAIC VALLEY SEWERAGE COMMISSIONERS, *et al.* | |
| Defendants and Third-Party Defendants. | |

**DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant and Third-Party Plaintiff Vanderbilt Minerals, LLC ("Vanderbilt"), a Delaware limited liability company, states as follows:

1.  Vanderbilt is a wholly owned subsidiary of R. T. Vanderbilt Holding Company, Inc., a privately held corporation, and

2.  No publicly held corporation owns 10% or more of the ownership interest in Vanderbilt.

[Signature Page to Follow]

1

Dated: October 28, 2021

Respectfully submitted,


/s/David. H. Quigley

David H. Quigley
AKIN GUMP STRAUSS HAUER & FELD LLP
2001 K Street NW
Washington, DC 20006
(202) 887-4339
dquigley@akingump.com

*Counsel for Defendant Vanderbilt Minerals, LLC*